**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ELIZABETH ANN MAHONEY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 10-CV-11785-DT

HONORABLE DENISE PAGE HOOD

**ORDER ACCEPTING REPORT AND RECOMMENDATION
and
GRANTING MOTION FOR ATTORNEY FEES AND COSTS**

    This matter is before the Court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation filed May 18, 2012 on Plaintiff's Motion for Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. To date, no Objections have been filed to the Report and Recommendation.

    The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion. The Court agrees with the Magistrate Judge that Plaintiff is entitled to attorney fees in the amount of $4,160.33, along with costs in the amount of $350.00. The Court also agrees with the Magistrate Judge that the Commissioner must determine whether the assignment to Plaintiff's counsel is valid and whether Plaintiff is indebted to the government.

    Accordingly,

    IT IS ORDERED that the Report and Recommendation (Doc. # 22, 5/18/2012) is ACCEPTED and ADOPTED as this Court's findings of fact and conclusions of law.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Attorney Fees and Costs (Doc. #

18, 9/23/2011) is GRANTED. Plaintiff's request for attorney fees in the amount of $4,160.33 and costs in the amount of $350.00 is reasonable and Plaintiff is awarded such fees and costs.

IT IS FURTHER ORDERED that the Commissioner must determine whether the assignment to Plaintiff's counsel is valid and whether Plaintiff is indebted to the government within 60 days from the entry of this Order. The Commissioner may then pay any remaining attorney fees and costs award accordingly.

                                                        S/Denise Page Hood
                                                        Denise Page Hood
                                                        United States District Judge

Dated: July 2, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 2, 2012, by electronic and/or ordinary mail.

                                                        S/LaShawn R. Saulsberry
                                                       Case Manager