UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH ANN MAHONEY,

    Plaintiff,

                                                    Case No. 10-CV-11785-DT

v.

                                                    HON. DENISE PAGE HOOD

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**and**
**GRANTING MOTION FOR ATTORNEY FEES**

      This matter is before the Court on the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b)(1).  No Objections were filed to the Report and Recommendation.

      The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion.  The Court agrees with the Magistrate Judge that Plaintiff's counsel be awarded the modified fees requested in the amount of $8,837.19.  This amount is offset by the previously awarded fees issued by the Court under the Equal Access to Justice Act.

      Accordingly,

IT IS ORDERED that the Report and Recommendation (Doc. # 32) is ACCEPTED and ADOPTED as this Court's findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1) (Doc. # 24) is GRANTED. The Court finds reasonable the requested modified fees in the amount of $8,837.19.

IT IS FURTHER ORDERED that upon receipt of the awarded fees of $8,837.19, counsel for Plaintiff will remit the fees awarded under the EAJA to Plaintiff.

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated: December 2, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 2, 2016, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager